**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00182-CV

### MONA LEIGH BERNHARDT, Appellant

### V.

### ROBERT J. BROUSSARD, Appellee

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2002-31188**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 4, 2013. On November 26, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.